UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

IN RE:                                              CHAPTER 13
                                                    BANKRUPTCY NO. 12-01368W

PAMELA S. GLAZA,

                                                    MOTION TO PAY 11 USC SECTION
                                                    347(a) UNCLAIMED FUNDS INTO
                  Debtor.                      COURT REGISTRY FUND PURSUANT
                                                    TO FRBP 3011 LOCAL RULE 3011

       COMES NOW the Chapter 13 Trustee and states to the Court that the following payment is stale-dated. The account of this estate reflects that the following amount is still on deposit:

| | | |
|---|---|---|
| Claim no. 9 | National Opportunities Unlimited | Check #254967 |
| | 1000 N West St, Ste 1200 | Amount $.95 |
| | Wilmington, DE  19801-1058 | Issued 09/30/2015 |

The Trustee has stopped payment on this check.

       WHEREFORE, it is prayed the Court enter an Order that said sum shall be deposited with the Clerk of the United States Bankruptcy Court for the Northern District of Iowa under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code and the Clerk shall hold said sums under the provisions of the Rules of Bankruptcy Procedure and the Bankruptcy Code for the benefit of said parties.

DATED: January 29, 2016

                                                   /s/ Carol F. Dunbar
                                                   Carol F. Dunbar, #1682
                                                   Chapter 13 Trustee
                                                   531 Commercial Street, Suite 500
                                                   Waterloo, IA 50701
                                                   Telephone: (319) 233-6327
                                                   Fax:  (319) 233-0346